MARK D. LONERGAN (State Bar No. 143622)
MARK I. WRAIGHT (State Bar No. 228303)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
mdl@severson.com
miw@severson.com

Attorneys for Defendant
FIRESIDE THRIFT BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BILLIE J. SMITH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FIRESIDE THRIFT COMPANY, a.k.a. FIRESIDE BANK, and DOES 1-50,<br><br>Defendants. | Case No.: C 07-03883 WHA<br><br>**[PROPOSED] ORDER GRANTING FIRESIDE'S MOTION TO STRIKE (CCP § 425.16) AND REQUEST FOR ATTORNEY'S FEES AND COSTS**<br><br>Date: September 13, 2007<br>Time: 8:00 AM<br>Room: 9, 19th Floor<br>Judge: William H. Alsup |

**ORDER**

Having considered Fireside Bank's motion to strike plaintiff's third and fifth causes of action pursuant to California Code of Civil Procedure § 425.16, (California's "anti-SLAPP" statute), the arguments of counsel, and the pleadings and files in this case,

IT IS HEREBY ORDERED that Fireside Bank's motion is GRANTED.

Plaintiff's third cause of action for abuse of process is hereby dismissed.

Plaintiff's fifth cause of action for unfair business practices is hereby

1  dismissed.
2      Fireside Bank may file a motion for attorney's fees and costs.
3      Fireside Bank shall file a responsive pleading to the remaining causes of
4  action on or before _____, 2007.
5  DATED: _____

                                        By: _____
                                              Honorable William H. Alsup
                                              United States District Judge

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**[PROPOSED] ORDER GRANTING FIRESIDE'S MOTION TO STRIKE (CCP § 425.16) AND REQUEST FOR ATTORNEY'S FEES AND COSTS**

on all interested parties in said case addressed as follows:

Andrew Shalaby, Esq.          Tel: (510) 528-8500
7525 Leviston Ave.            Fax: (510) 528-2412
El Cerrito, CA 94530          Attorney for Plaintiff Billie J. Smith

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

☐ **(BY HAND)** By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

☐ **(BY (1) FEDERAL EXPRESS OR (2) EXPRESS MAIL)**

(1) By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for; or

(2) By placing the above documents in the United States mail for Express Mail delivery at One Embarcadero Center, Suite 2600, San Francisco, CA 94111, in a sealed envelope addressed as above, with Express Mail postage thereon fully prepaid.

☐ **(BY FAX)** By use of facsimile machine telephone number (415) 956-0439, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on August 1, 2007.

Valerie Stevenson