MARK D. LONERGAN (State Bar No. 143622)
MARK I. WRAIGHT (State Bar No. 228303)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
mdl@severson.com
miw@severson.com

Attorneys for Defendant
FIRESIDE THRIFT BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BILLIE J. SMITH, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRESIDE THRIFT COMPANY, a.k.a. FIRESIDE BANK, and DOES 1-50,<br><br>    Defendants. | Case No.: C 07-03883 WHA<br><br>**FIRESIDE'S AMENDED NOTICE OF MOTION TO STRIKE (CCP § 425.16) AND REQUEST FOR ATTORNEY'S FEES AND COSTS**<br><br>Date:   September 13, 2007<br>Time:  8:00 AM<br>Room:  9, 19th Floor<br>Judge:  William H. Alsup |

**TO BILLIE J. SMITH AND HER ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on September 13, 2007, at 8:00 AM, or as soon thereafter as the matter may be heard in Courtroom 9, 19th Floor, of this Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, defendant Fireside Bank will move pursuant to California Code of Civil Procedure § 425.16 to strike the third ("Abuse of Process") and fifth ("Unfair Business Practices") causes of action of the Complaint on file herein on the ground that those causes of action arise out of defendant's exercise of its right to free speech and right to petition, in connection with an issue of public interest, and that it is not probable that plaintiff

- 1 -

1  will prevail on those claims.

2   This motion will be based upon this Notice, the attached Memorandum of
3  Points and Authorities, the Request for Judicial Notice, and the records and files in
4  this action.

### STATEMENT OF ISSUES TO BE DECIDED

Should Plaintiff's third and fifth causes of action be stricken pursuant to California Code of Civil Procedure § 425.16 (California's "anti-SLAPP" statute)?

DATED:  August 6, 2007            SEVERSON & WERSON
                                  A Professional Corporation

                                        /s/
                                  By: _____
                                      MARK D. LONERGAN
                                      Attorneys for Defendant
                                      Fireside Bank

- 2 -

10363/0053/636697.1                    FIRESIDE'S AMENDED NOTICE OF MOTION
                                       Case No. C 07-03883 WHA