Andrew W. Shalaby [SBN 206841]
7525 Leviston Ave
El Cerrito, CA 94530
tel. 510-528-8500, fax 510-528-2412

Attorney for Plaintiff Billie J. Smith

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BILLIE J. SMITH,<br><br>                                    Plaintiff,<br><br>vs.<br><br>FIRESIDE THRIFT COMPANY, a.k.a. FIRESIDE BANK, and DOES 1-50,<br><br>                                    Defendants. | Case No. C 07-03883 WHA<br><br>**DECLARATION OF BILLIE J. SMITH IN SUPPORT OF OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE**<br><br>Date: September 13, 2007<br>Time: 8:00 a.m.<br>Rm. 9, 19th Floor<br>Judge: William H. Alsup |

I, Billie J. Smith, declare as follows:

1.     I am the plaintiff in this action.

2.     I was never served by any lawsuit filed by FIRESIDE THRIFT COMPANY, a.k.a. FIRESIDE BANK at any point in time in relation to any matter.  More specifically, I was not served with the summons and complaint in case number WS03-2036, <u>Fireside Thrift Company v. Billie J. Smith</u>, filed August 15, 2003 in the Superior Court of the State of California, County of Contra Costa.

3.     I was never served by substituted service, by mail or otherwise, of the above-described action (WS03-2036).

4.     I learned of the above lawsuit upon garnishment proceedings pursuant to a default judgment obtained by Fireside Thrift Company in relation to the above-described

1   legal action.

2

3        I declare under penalty of perjury under the laws of the State of California that the

4   foregoing is true and correct and within my personal knowledge, and if sworn as a witness

5   I can and will testify competently thereto.

6

7   Executed August 22, 2007 in El Cerrito, CA        _____/S/_____

8                                                      Billie J. Smith

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SMITH DECL OPP. TO SLAPP MTN**                          **Case No.** C 07-03883 WHA

Andrew W. Shalaby [SBN 206841]
7525 Leviston Ave
El Cerrito, CA 94530
tel. 510-528-8500, fax 510-528-2412

Attorney for Plaintiff Billie J. Smith

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BILLIE J. SMITH,<br><br>                              Plaintiff,<br><br>vs.<br><br>FIRESIDE THRIFT COMPANY, a.k.a.<br>FIRESIDE BANK, and DOES 1-50,<br><br>                              Defendants. | Case No. C 07-03883 WHA<br><br>**DECLARATION OF BILLIE J. SMITH<br>IN SUPPORT OF OPPOSITION TO<br>DEFENDANT'S SPECIAL MOTION<br>TO STRIKE**<br><br>Date: September 13, 2007<br>Time: 8:00 a.m.<br>Rm. 9, 19th Floor<br>Judge: William H. Alsup |

I, Billie J. Smith, declare as follows:

     1.     I am the plaintiff in this action.

     2.     I was never served by any lawsuit filed by FIRESIDE THRIFT COMPANY, a.k.a. FIRESIDE BANK at any point in time in relation to any matter.  More specifically, I was not served with the summons and complaint in case number WS03-2036, <u>Fireside Thrift Company v. Billie J. Smith</u>, filed August 15, 2003 in the Superior Court of the State of California, County of Contra Costa.

     3.     I was never served by substituted service, by mail or otherwise, of the above-described action (WS03-2036).

     4.     I learned of the above lawsuit upon garnishment proceedings pursuant to a default judgment obtained by Fireside Thrift Company in relation to the above-described

---

**SMITH DECL OPP. TO SLAPP MTN**                    **Case No.** C 07-03883 WHA

1  legal action.

2

3      I declare under penalty of perjury under the laws of the State of California that the

4  foregoing is true and correct and within my personal knowledge, and if sworn as a witness

5  I can and will testify competently thereto.

6

7  Executed August 22, 2007 in El Cerrito, CA    *Billie J. Smith*

8                                                Billie J. Smith

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**SMITH DECL OPP. TO SLAPP MTN**                    **Case No.** C 07-03883 WHA