IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BILLIE J. SMITH,

    Plaintiff,

v.

FIRESIDE THRIFT COMPANY, a.k.a. FIRESIDE BANK, and DOES 1–50,

    Defendants.

No. C 07-03883 WHA

**NOTICE RE HEARING**

At the hearing on defendants' motion to strike, parties should be prepared to address the following question. Has the rationale of *Rusheen v. Cohen*, 37 Cal. 4th 1048 (2006), and its discussion of the litigation privilege in anti-SLAPP motions, been extended to bar injunctive relief under Section 17200?

**IT IS SO ORDERED.**

Dated: September 12, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE