Andrew W. Shalaby [SBN 206841]
7525 Leviston Ave
El Cerrito, CA 94530
tel. 510-528-8500, fax 510-528-2412

Attorney for Plaintiff Billie J. Smith

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BILLIE J. SMITH,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>FIRESIDE THRIFT COMPANY, a.k.a. FIRESIDE BANK, and DOES 1-50,<br><br>　　　　　　　　　　Defendants. | Case No. C 07-03883 WHA<br><br>**CHRONOLOGY OF DEFAULT AND WRIT OF EXECUTION**<br><br>Date: September 13, 2007<br>Time: 8:00 a.m.<br>Rm. 9, 19th Floor<br>Judge: William H. Alsup |

Per the Court's instructions, set forth below is the chronology of events.

　　1.　　State Court Judgment entered March 1, 2004;

　　2.　　Writ of Execution issued to Orange County June 11, 2004;

　　3.　　Plaintiff's counsel is not able to find any appearance in the docket objecting to writ of execution, must defer to opposing counsel's chronology and evidence if presented;

　　4.　　Counsel is unable to ascertain at this time one way or the other if and when any writ of execution(s) had been served to Plaintiff, and defers to opposing counsel's chronology list to be filed with the Court.

　　5.　　Plaintiff's counsel is unable to obtain a declaration from Plaintiff at this time as she is in recovery from chemotherapy administered last week and advised

**ERRATA - OPP. TO SLAPP MTN**　　　　　　　　　　　　　　　　Case No. C 07-03883 WHA

1  counsel she would be in recovery for a period of three weeks. If the Court requires
2  a declaration one shall be obtained.
3      6.   Error re time period for plaintiff to set aside default - time limit appears
4  to be only six months for State (one year under FRCP):
5      Cal. Code Civ. Proc. § 473 in relevant part states -
6  (b) The court may, upon any terms as may be just, relieve a party or his or her legal representative from a judgment, dismissal, order, or other proceeding taken against him or her through his or her mistake, inadvertence, surprise, or excusable neglect. Application for this relief shall be accompanied by a copy of the answer or other pleading proposed to be filed therein, otherwise the application shall not be granted, and shall be made within a reasonable time, in no case exceeding six months, after the judgment, dismissal, order, or proceeding was taken.

11  Federal counter-part, F.R.Civ.P., rule 60(b), allows one year, but does not apply in
12  State Court.

14  Dated: September 13, 2007

    _____
    Andrew W. Shalaby, Attorney for Plaintiffs

**ERRATA - OPP. TO SLAPP MTN**          **Case No.** C 07-03883 WHA