UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: September 13, 2007

Case No. C 07-03883 WHA

Title: BILLY SMITH v. FIRESIDE THRIFT CO

Plaintiff Attorneys: Andrew Shalaby

Defense Attorneys: Mark Wraight

Deputy Clerk: Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1) Dft's Motion to Strike and for Attorneys Fees - HELD

2) 

Continued to _ for Further Case Management Conference

Continued to _ for Pretrial Conference

Continued to _ for Trial

**ORDERED AFTER HEARING:**

Parties shall submit letter briefs with the chronology of events re default.