MARK D. LONERGAN (State Bar No. 143622)
MARK I. WRAIGHT (State Bar No. 228303)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
mdl@severson.com
miw@severson.com

Attorneys for Defendant
FIRESIDE THRIFT BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BILLIE J. SMITH, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRESIDE THRIFT COMPANY, a.k.a.<br>FIRESIDE BANK, and DOES 1-50,<br><br>    Defendants. | Case No.: C 07-03883 WHA<br><br>**CHRONOLOGY OF EVENTS<br>REQUESTED BY JUDGE ALSUP**<br><br>Date:   September 13, 2007<br>Time:   8:00 AM<br>Room:   9, 19th Floor<br>Judge:  William H. Alsup |

    Fireside Bank respectfully submits the following chronology of events (and supporting evidence) requested by Judge Alsup during the September 13, 2007 hearing on Fireside Bank's anti-SLAPP motion.

- 1 -

10363/0053/641478.1

CHRONOLOGY OF EVENTS
Case No. C 07-03883 WHA

# CHRONOLOGY OF EVENTS

- **August 15, 2003**: Fireside files Complaint (case no. WS03-2036) with the Superior Court, Contra Costa County, Walnut Creek Courthouse. (Attachment A.)
- **August 29, 2003**: Fireside subserves Billie Smith with Complaint and Summons. (Attachment B.)
- **September 12, 2003**: Fireside files Substitute Proof of Service. (Attachment A.)
- **February 9, 2004**: Fireside files Request for Entry of Default. (Attachment A.)
- **March 1, 2004**: Judgment entered for Fireside. (Attachment A, Attachment C.)
- **June 11, 2004**: Superior Court issues Writ of Execution. (Attachment A.)
- **August 4, 2004**: Fireside receives $242.47 from wage garnishment.
- **August 26, 2004**: Fireside receives $235.33 from wage garnishment.
- **September 2, 2004**: Smith files Claim of Exemption with the Orange County Sheriff. (Attachment D.)

DATED: September 12, 2007

SEVERSON & WERSON
A Professional Corporation

By: /s/ Mark I. Wraight
    MARK WRAIGHT
    Attorneys for Defendant
    Fireside Bank

EXHIBIT A



## Case WS03-2036 - Complaints/Parties

| **Complaint Number:** 1 | | | | |
|---|---|---|---|---|
| **Complaint Type:** | COMPLAINT | | | |
| **Filing Date:** | 08/15/2003 | | | |
| **Complaint Status:** | DISPOED | | | |
| Party Number | Party Type | Party Name | Attorney | Party Status |
| 1 | Plaintiff | FIRESIDE THRIFT COMPANY | | judgment for 03/01/2004 |
| 2 | Defendant | BILLIE JOYCE SMITH | | judgment against 03/01/2004 |

## Case WS03-2036 - Actions

| Viewed | Date | Action Text | Disposition | Image |
|---|---|---|---|---|
| | 02/07/2006 | RETURNED WRIT OF EXECUTION ISSUED ON 07/13/05 TO ORANGE COUNTY FILED. RETURNED UN SATISFIED. IF PARTIAL, SUM OF $0.00 | Not Applicable | |
| | 07/13/2005 | WRIT OF EXECUTION ISSUED TO ORANGE COUNTY IN THE AMOUNT OF $12,121.30 | WRIT RETURNED | |
| | 07/13/2005 | MEMORANDUM OF INTEREST FILED IN THE SUM OF $1,469.15 | Not Applicable | |
| | 07/13/2005 | MEMORANDUM OF COSTS FILED IN THE SUM OF $59.00 | Not Applicable | |
| | 07/13/2005 | MEMO OF COSTS ACCRUED MAILED ON 06/20/05 | Not Applicable | |
| | 07/13/2005 | MEMORANDUM OF CREDITS FILED IN THE SUM OF $960.08 | Not Applicable | |
| | 12/21/2004 | RETURNED WRIT OF EXECUTION ISSUED ON 06/11/04 TO ORANGE COUNTY FILED. RETURNED P SATISFIED. IF PARTIAL, SUM OF $935.08 | Not Applicable | |
| | | WRIT OF EXECUTION ISSUED TO ORANGE COUNTY | WRIT | |

| | | | |
|---|---|---|---|
| | 06/11/2004 | IN THE AMOUNT OF $11,828.65 | RETURNED |
| | 06/11/2004 | MEMORANDUM OF CREDITS FILED IN THE SUM OF $0.00 | Not Applicable |
| | 06/11/2004 | MEMORANDUM OF INTEREST FILED IN THE SUM OF $275.42 | Not Applicable |
| | 06/11/2004 | MEMORANDUM OF COSTS FILED IN THE SUM OF $0.00 | Not Applicable |
| | 06/11/2004 | MEMO OF COSTS ACCRUED MAILED ON 06/02/04 | Not Applicable |
| | 03/23/2004 | ABSTRACT OF JUDGMENT ISSUED | Not Applicable |
| | 03/01/2004 | JUDGMENT ENTERED BEFORE TRIAL ON 03/01/04 | Not Applicable |
| | 02/20/2004 8:30 AM DEPT. 1CMC | CASE MANAGEMENT CONFERENCE | Vacated |
| | 02/09/2004 | DECLARATION 1033B(2) CCP FILED | Not Applicable |
| | 02/09/2004 | DECLARATION 585D CCP FILED | Not Applicable |
| | 02/09/2004 | REQUEST TO ENTER DEFAULT ON COMPLAINT OF FIRESIDE THRIFT COMPANY FILED AS TO DEFENDANT BILLIE JOYCE SMITH | Not Applicable |
| | 02/09/2004 | DEFAULT ENTERED ON THE COMPLAINT OF FIRESIDE THRIFT COMPANY AGAINST DEFENDANT BILLIE JOYCE SMITH | Not Applicable |
| | 02/09/2004 | REQUEST FILED AND DISMISSAL ENTERED AS TO ALL REMAINING DOES ON THE COMPLAINT OF COMPLAINT OF FIRESIDE THRIFT COMPANY | Not Applicable |
| | 02/09/2004 | SUMMONS FILED ON COMPLAINT OF FIRESIDE THRIFT COMPANY | Not Applicable |
| | 10/15/2003 12:00 PM DEPT. 1CLK | PROOF OF SERVICE DUE | Vacated |
| | 09/12/2003 | SUBSTITUTE PROOF OF SERVICE FILED ON COMPLAINT OF FIRESIDE THRIFT COMPANY AS TO DEFENDANT BILLIE JOYCE SMITH WITH MAILING DATE OF 08/29/03 | Not Applicable |
| | 08/15/2003 | CASE ENTRY COMPLETED | Not Applicable |
| | 08/15/2003 | COLOR OF FILE IS GRAY | Not Applicable |
| | 08/15/2003 | COMPLAINT FILED, SUMMONS ISSUED. | Not Applicable |
| | 08/15/2003 | CALENDARED FOR PROOF OF SERVICE DUE ON | |

|  |  | 10/15/03 AT 12:00 IN DEPT. 1CLK |  |  |
|--|--|--|--|--|
|  | 08/15/2003 | CASE MANAGEMENT CONFERENCE WAS SET FOR 2/20/04 AT 8:30 IN DEPT. 1CMC |  |  |

## Case WS03-2036 - Pending Hearings

| Date | Action Text | Disposition | Image |
|------|-------------|-------------|-------|

 

EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ROBERT SCOTT KENNARD<br>NELSON & KENNARD<br>1425 RIVERPARK DRIVE SUITE 540<br>SACRAMENTO, CA 95815 | 916-920-2295<br><br>Ref. No. or File No.<br>03-04875-0 | |
| ATTORNEY FOR (Name): Plaintiff | | |
| Insert name of court and name of judicial district and branch court, if any:<br>SUPERIOR COURT OF CALIFORNIA    COUNTY OF CONTRA COSTA, WALNUT CREEK JUDICI<br>640 YGNACIO VALLEY ROAD    WALNUT CREEK, CALIFORNIA 94596-1128 | | |
| SHORT TITLE OF CASE<br>FIRESIDE THRIFT V SMITH | | |
| INVOICE No. 33725 | DATE | TIME: | DEP./DIV. | CASE NUMBER:<br>WS03-2036 |

## PROOF OF SERVICE

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

    SUMMONS & COMPLAINT
    VERIFICATION
    NOTICE OF CASE MANAGEMENT CONFERENCE
    ALTERNATIVE DISPUTE RESOLUTION
    CASE MANAGEMENT STATEMENT
    CASE QUESTIONNAIRE
    ISSUE CONFERENCE STATEMENT
    STIP AND ORDER FOR ALTERNATIVE DISPUTE RESOLUTION

2. PARTY SERVED:    BILLIE JOYCE SMITH

    ADDRESS:    ACCENTCARE
    1942 EMBARCADERO
    OAKLAND, CA

3. I SERVED THE PARTY NAMED IN ITEM 2
    BY LEAVING THE COPIES WITH OR IN THE PRESENCE OF:
    JANE DOE
    AGE: 50  HEIGHT: 5'9  WEIGHT: 170  HAIR: BLND  RACE: CAUC  SEX: Female  Other:
    WHOSE RELATIONSHIP IS:    RECEPTIONIST

LAWSERVE
24007 VENTURA BLVD, SUITE 270
CALABASAS, CA  91302
(818) 887-0101 FAX 887-4341

d. Registered California Process Server
(1)  [ ]Employee or  [X]Independent Contractor
(2)  Registration No.  721
(3)  County:  ALAMEDA
(4)  Expiration:  09/27/2003

I declare under penalty of perjury, under the laws of the state of California, and of the United States of America that the foregoing is true and correct.

Date:  August 31, 2003    Signature:
    CONFORMS WITH JUDICIAL COUNCIL FORM #982 (a) (23)    **Duplicate - Original on File**
LAWSERVE, LOS ANGELES CO. REG. NO. 3858, EXP. 01/16/03

PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ROBERT SCOTT KENNARD<br>NELSON & KENNARD<br>1425 RIVERPARK DRIVE, SUITE 540<br>SACRAMENTO, CA 95815 | 916-920-2295<br><br>Ref No. or File No.<br>03-04875-0 | |
| ATTORNEY FOR (Name): Plaintiff | | |

| Insert name of court and name of judicial district and branch court, if any: |
|---|
| SUPERIOR COURT OF CALIFORNIA    COUNTY OF CONTRA COSTA, WALNUT CREEK JUDICI<br>640 YGNACIO VALLEY ROAD    WALNUT CREEK, CALIFORNIA 94596-1126 |

| SHORT TITLE OF CASE: |
|---|
| FIRESIDE THRIFT V SMITH |

| INVOICE No. | DATE | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 33725 | | | | WS03-2036 |

(BUSINESS) A PERSON AT LEAST 18 YEARS OF AGE APPARENTLY IN CHARGE AT THE OFFICE OR USUAL PLACE OF BUSINESS OF THE PERSON SERVED.

I INFORMED HIM OR HER OF THE GENERAL NATURE OF THE PAPERS.

ON: August 29, 2003          AT: 12:25 PM

A DECLARATION OF DILIGENCE IS ATTACHED IF REQUIRED. BY CAUSING COPIES TO BE MAILED: A DECLARATION OF MAILING IS ATTACHED IF REQUIRED.

4. THE "NOTICE TO THE PERSON SERVED" ON THE SUMMONS WAS COMPLETED AS FOLLOWS:
   AS AN INDIVIDUAL DEFENDANT.    (C.C.P. 416.90)

5. PERSON SERVING:    MICHAEL BLISS          FEE FOR SERVICE:    $40.00

Conforms with Judicial Council Form #982 (a) (23)

LAWSERVE
24007 VENTURA BLVD. SUITE 270
CALABASAS, CA  91302
(818) 887-0101 FAX 887-4341

d. Registered California Process Server
(1) [ ]Employee or  [X]Independent Contractor
(2) Registration No.  721
(3) County:  ALAMEDA
(4) Expiration:  09/27/2003

I declare under penalty of perjury, under the laws of the state of California, and of the United States of America that the foregoing is true and correct.

Date:    August 31, 2003          Signature:
    CONFORMS WITH JUDICIAL COUNCIL FORM #982 (a) (23)          **Duplicate - Original on File**
LAWSERVE, LOS ANGELES CO. REG. NO. 3858, EXP. 01/16/03

PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address): ROBERT SCOTT KENNARD NELSON & KENNARD 1425 RIVERPARK DRIVE, SUITE 540 SACRAMENTO, CA 95815 | TELEPHONE NO.: 916-920-2295 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. 03-04875-0 | |

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF CALIFORNIA   COUNTY OF CONTRA COSTA, WALNUT CREEK JUDICI
640 YGNACIO VALLEY ROAD   WALNUT CREEK, CALIFORNIA 94596-1128

SHORT TITLE OF CASE:
FIRESIDE THRIFT V SMITH

| INVOICE No. 33725 | DATE | TIME: | DEP./DIV. | CASE NUMBER: WS03-2036 |
|---|---|---|---|---|

## DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE: BILLIE JOYCE SMITH

DOCUMENTS RECEIVED:

STIP AND ORDER FOR ALTERNATIVE DISPUTE RESOLUTION
ISSUE CONFERENCE STATEMENT
CASE QUESTIONNAIRE
CASE MANAGEMENT STATEMENT
ALTERNATIVE DISPUTE RESOLUTION
NOTICE OF CASE MANAGEMENT CONFERENCE
VERIFICATION
SUMMONS & COMPLAINT

I DECLARE THE FOLLOWING ATTEMPTS WERE MADE TO EFFECT SERVICE BY PERSONAL DELIVERY:

AT THE RESIDENCE ADDRESS:

OR THE BUSINESS ADDRESS:   1942 EMBARCADERO
                            OAKLAND, CA

08/22/2003   4:46 PM   DEFENDANT NOT AVAILABLE FOR SERVICE AT BUSINESS
08/25/2003   9:01 AM   DEFENDANT NOT AVAILABLE FOR SERVICE AT BUSINESS
08/27/2003   1:24 PM   DEFENDANT NOT AVAILABLE FOR SERVICE AT BUSINESS

LAWSERVE
24007 VENTURA BLVD, SUITE 270
CALABASAS, CA   91302
(818) 887-0101 FAX 887-4341

d. Registered California Process Server
(1)   [ ] Employee or   [X] Independent Contractor
(2)   Registration No.   721
(3)   County:   ALAMEDA
(4)   Expiration:   09/27/2003

I declare under penalty of perjury, under the laws of the state of California, and of the United States of America that the foregoing is true and correct.

Date:   August 31, 2003                              Signature:

CONFORMS WITH JUDICIAL COUNCIL FORM #982 (a) (23)                    Duplicate - Original on File

LAWSERVE, LOS ANGELES CO. REG. NO. 3868, EXP. 01/16/03

DECLARATION OF DILIGENCE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address): ROBERT SCOTT KENNARD NELSON & KENNARD 1425 RIVERPARK DRIVE SUITE 540 SACRAMENTO, CA 95815 | TELEPHONE NO.: 916-920-2295 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. 03-04875-0 | |
| Insert name of court and name of judicial district and branch court, if any: SUPERIOR COURT OF CALIFORNIA    COUNTY OF CONTRA COSTA, WALNUT CREEK JUDICI 640 YGNACIO VALLEY ROAD    WALNUT CREEK, CALIFORNIA 94596-1138 | | |
| SHORT TITLE OF CASE FIRESIDE THRIFT V SMITH | | |

| INVOICE No. 33725 | DATE | TIME: | DEP./DIV. | CASE NUMBER: WS03-2036 |
|---|---|---|---|---|

PERSON SERVING:   MICHAEL BLISS

**LAWSERVE**
24007 VENTURA BLVD, SUITE 270
CALABASAS, CA  91302
(818) 887-0101 FAX 887-4341

d. Registered California Process Server
(1)   [ ]Employee or   [X]Independent Contractor
(2)   Registration No.   721
(3)   County:   ALAMEDA
(4)   Expiration:   09/27/2003

I declare under penalty of perjury, under the laws of the state of California, and of the United States of America that the foregoing is true and correct.

Date:   August 31, 2003                           Signature:

CONFORMS WITH JUDICIAL COUNCIL FORM #982 (a) (23)                 **Duplicate - Original on File**

LAWSERVE, LOS ANGELES CO. REG. NO. 3858, EXP. 01/16/03

---

DECLARATION OF DILIGENCE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address): ROBERT SCOTT KENNARD NELSON & KENNARD 1425 RIVERPARK DRIVE SUITE 540 SACRAMENTO, CA 95815 | TELEPHONE NO.: 916-920-2295 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. 03-04875-0 | |
| Insert name of court and name of judicial district and branch court, if any SUPERIOR COURT OF CALIFORNIA    COUNTY OF CONTRA COSTA, WALNUT CREEK JUDICI 640 YGNACIO VALLEY ROAD    WALNUT CREEK, CALIFORNIA 94596-1128 | | |
| SHORT TITLE OF CASE: FIRESIDE THRIFT V SMITH | | |

| INVOICE No. 33725 | DATE | TIME: | DEP./DIV. | CASE NUMBER: WS03-2036 |
|---|---|---|---|---|

## PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION. ON AUGUST 29, 2003, AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) OR 415.20 (b) C.C.P., WAS MADE, I SERVED THE WITHIN:

    SUMMONS & COMPLAINT
    VERIFICATION
    NOTICE OF CASE MANAGEMENT CONFERENCE
    ALTERNATIVE DISPUTE RESOLUTION
    CASE MANAGEMENT STATEMENT
    CASE QUESTIONNAIRE
    ISSUE CONFERENCE STATEMENT
    STIP AND ORDER FOR ALTERNATIVE DISPUTE RESOLUTION

**LAWSERVE**
24007 VENTURA BLVD. SUITE 270
CALABASAS, CA 91302
(818) 887-0101 FAX 887-4341

d. Registered California Process Server
(1) [X] Employee or [ ] Independent Contractor
(2) Registration No. 3858
(3) County: LOS ANGELES
(4) Expiration: January 9, 2003

I declare under penalty of perjury, under the laws of the state of California, and of the United States of America that the foregoing is true and correct.

Date: August 31, 2003     Signature:

CONFORMS WITH JUDICIAL COUNCIL FORM #982 (a) (23)      **Duplicate - Original on File**
LAWSERVE, LOS ANGELES CO. REG. NO. 3858, EXP. 01/16/03

## AFFIDAVIT OF MAILING

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ROBERT SCOTT KENNARD<br>NELSON & KENNARD<br>1425 RIVERPARK DRIVE, SUITE 540<br>SACRAMENTO, CA 95815 | 916-920-2295<br><br>Ref No. or File No.<br>03-04875-0 | |
| ATTORNEY FOR (Name): Plaintiff | | |
| Insert name of court and name of judicial district and branch court, if any:<br>SUPERIOR COURT OF CALIFORNIA    COUNTY OF CONTRA COSTA, WALNUT CREEK JUDICI<br>640 YGNACIO VALLEY ROAD    WALNUT CREEK, CALIFORNIA 94596-1128 | | |
| SHORT TITLE OF CASE:<br>FIRESIDE THRIFT V SMITH | | |

| INVOICE No. | DATE | TIME: | DEP./DIV | CASE NUMBER:<br>WS03-2036 |
|---|---|---|---|---|
| 33725 | | | | |

ON THE DEFENDANT, IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT: CALABASAS, CALIFORNIA, ADDRESSED AS FOLLOWS:

BILLIE JOYCE SMITH

1942 EMBARCADERO
OAKLAND, CA

DECLARANT:    OLINDA GOMEZ

CONFORMS TO JUDICIAL COUNCIL FORM #982 (a) (23)


LAWSERVE
24007 VENTURA BLVD, SUITE 270
CALABASAS, CA   91302
(818) 887-0101  FAX 887-4341

d. Registered California Process Server
(1) [X] Employee or [ ] Independent Contractor
(2) Registration No. 3858
(3) County:    LOS ANGELES
(4) Expiration:    January 9, 2003

I declare under penalty of perjury, under the laws of the state of California, and of the United States of America that the foregoing is true and correct.

Date:   August 31, 2003                Signature:

CONFORMS WITH JUDICIAL COUNCIL FORM #982 (a) (23)        Duplicate - Original on File

LAWSERVE, LOS ANGELES CO, REG. NO. 3858, EXP. 01/16/03

AFFIDAVIT OF MAILING

EXHIBIT C

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS):<br>ROBERT SCOTT KENNARD, S.B.N. 117017<br>NELSON & KENNARD    03-04875-0<br>P.O. Box 13807 (95853)<br>1425 River Park Drive, Suite 540<br>Sacramento, CA  95815<br>ATTORNEY FOR (Name): FIRESIDE THRIFT COMPANY | TELEPHONE:<br>(916) 920-2295 |

SUPERIOR COURT OF CALIFORNIA,
WALNUT CREEK COURTHOUSE - LIMITED CIVIL CASE
640 Ygnacio Valley Road
Walnut Creek, CA  94596-3820

FOR COURT USE ONLY

FILED
2004 MAR -1 P 3 30
A. WILLIAMS

PLAINTIFF: FIRESIDE THRIFT COMPANY

DEFENDANT: BILLIE JOYCE SMITH, et al.

| JUDGMENT | CASE NUMBER: |
|---|---|
| [ ] By Clerk     [X] By Default     [ ] After Court Trial<br>[X] By Court     [ ] On Stipulation     [ ] Defendant Did Not Appear at Trial | WS03-2036 |

## JUDGMENT

1. [X] **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. [ ] **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. [X] **Court Judgment** (Code Civ. Proc., § 585(b)). The Court considered
       (1) [ ] plaintiff's testimony and other evidence.
       (2) [X] plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. [ ] **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. [ ] the signed written stipulation was filed in the case.
   c. [ ] the stipulated was stated in open court     [ ] the stipulation was stated on the record.

3. [ ] **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.

   a. The case was tried on (date and time):
      before (name of judicial officer):

   b. Appearances by:
      [ ] Plaintiff (name each):                              [ ] Plaintiff's attorney (name each):
          (1)                                                      (1)
          (2)                                                      (2)
      [ ] Continued on Attachment 3b.
      [ ] Defendant (name each):                              [ ] Defendant's attorney (name each):
          (1)                                                      (1)
          (2)                                                      (2)
      [ ] Continued on Attachment 3b.

   c. [ ] Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. [ ] A statement of decision (Code Civ. Proc., § 632)  [ ] was not  [ ] was      requested.

Page 1 OF 2

Form Approved for Optional Use
Judicial Council of California
JUD-100 [New January 1, 2002]

JUDGMENT

Code of Civil procedure, §§ 585, 664.6

MAR 0 8 2004

| PLAINTIFF: FIRESIDE THRIFT CMPANY | CASE NUMBER: |
|---|---|
| DEFENDANT: BILLIE J SMITH | WS03-2036 |

## JUDGMENT IS ENTERED AS FOLLOWS BY:   [ X ] THE COURT   [ ] THE CLERK

4. [ ] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is

   a. [ X ] for plaintiff (name each):

   FIRESIDE THRIFT COMPANY

   and against defendant (names):

   BILLIE JOYCE SMITH

   [ ] Continued on Attachment 5a.

   b. [ ] for defendant (name each):

   c. [ ] for cross-complainant (name each):

   and against cross-defendant (name each):

   [ ] Continued on Attachment 5c.

   d. [ ] for cross-defendant (name each):

6. **Amount.**

   a. [ X ] Defendant named in 5a above must pay plaintiff on the complaint.

| (1) [ X ] Damages | $ 8,358.31 |
|---|---|
| (2) [ X ] Prejudgment interest at the annual rate of 20.310 % | $ 1,832.10 |
| (3) [ X ] Attorney fees | $ 1,035.00 |
| (4) [ X ] Costs | $ 162.30 |
| (5) [ X ] Other (specify): LATE CHARGES | $ 158.52 |
| (6) TOTAL | $ 11,546.23 |

   c. [ ] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

```
      8,358.31 +
      1,832.10 +
      1,035.00 +
        162.30 +
        158.52 +
  005
     11,546.23 *
```

| (6) TOTAL | $ |
|---|---|

   b. [ ] Plaintiff to receive nothing from defendant named in 5b.
      [ ] Defendant named in item 5b to recover costs $
      [ ] and attorney fees $

   d. [ ] Cross-complainant to receive nothing from named in item 5d.
      [ ] Cross-defendant named in item 5d to recover costs $
      [ ] and attorney fees $

7. [ ] Other (specify):

Date: MAR 01 2004

JOHN H SUGIYAMA
_____
JUDICIAL OFFICER

Date: _____ [ ] Clerk, by _____, Deputy

[SEAL]

**CLERK'S CERTIFICATE** (Optional)

I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____, Deputy

Page 2 of 2

JUD-100 [New January 1, 2002]   **JUDGMENT**

EXHIBIT D

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, etc): | TELEPHONE NO.: 510-237-7528 | LEVYING OFFICER (Name and Address): |
|---|---|---|
| BILLIE JOYCE SMITH<br>4500 BAYVIEW AVENUE #D<br>RICHMOND, CA 94804 | | ORANGE COUNTY SHERIFF<br>HARBOR DIVISION<br>4601 JAMBOREE BLVD,<br>RM 108<br>NEWPORT BEACH, CA 92660 |
| ATTORNEY FOR (Name): IN PRO PER | | |

NAME OF COURT, JUDICIAL DISTRICT OR BRANCH COURT, IF ANY:
SUPERIOUR COURT OF CALIFORNIA
LIMITED CIVIL

PLAINTIFF: FIRESIDE THRIFT COMPANY

DEFENDANT: BILLIE JOYCE SMITH

**CLAIM OF EXEMPTION**
(Wage Garnishment)

| LEVYING OFFICER FILE NO.: | COURT CASE NO.: |
|---|---|
| H0400000022989 | WS03-2036 |

**- READ THE EMPLOYEE INSTRUCTIONS BEFORE COMPLETING THIS FORM -**

Copy all the information required above (except the top left space) from the Earnings Withholding Order. The top left space is for your name or your attorney's name and address. The original and one copy of this form with the Financial Statement attached must be filed with the levying officer. DO NOT FILE WITH THE COURT.

1. I need the following earnings to support myself or my family (check a or b):
   a. [X] All earnings.
   b. [ ] $ _____ each pay period.

2. Please send all papers to
   [X] me.
   [ ] my attorney
   at the address  [X] shown above  [ ] following (specify):

3. I am willing for the following amount to be withheld from my earnings each pay period during the withholding period. I understand that the judgment creditor can accept this offer by not opposing the Claim of Exemption, which will result in the following sum being withheld each pay period (check a or b):
   a. [X] None
   b. [ ] Withhold $ _____ each pay period.

4. I am paid.
   [ ] daily     [ ] every two weeks     [ ] monthly
   [ ] weekly    [X] twice a month       [ ] other (specify):

NOTE: You must attach a properly completed Financial Statement form to this Claim of Exemption.
The Financial Statement form is available without charge from the levying officer.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/9/04

BILLIE JOYCE SMITH
(TYPE OR PRINT NAME)

▶ Billie Smith
(SIGNATURE OF DECLARANT)

Form Adopted by the
Judicial Council of California
982.5(5) [Rev July 1, 1983]
Mandatory Form
Martin Dean's Essential Forms ™

**CLAIM OF EXEMPTION**
(Wage Garnishment)

SMITH, B

CCP 706.124

| SHORT TITLE: | | 982.5(5.5), EJ-165 |
|---|---|---|
| FIRESIDE THRIFT COMPANY vs SMITH | LEVYING OFFICER FILE NO.: H0400000022989 | COURT CASE NO.: WS03-2036 |

# FINANCIAL STATEMENT
(Wage Garnishment - Enforcement of Judgment)

NOTE: If you are married, this form must be signed by your spouse unless you and your spouse are living separate and apart. If this form is not signed by your spouse, check the applicable box on the reverse in item 9.

1. The following persons other than myself depend, in whole or in part, on me or my spouse for support:

| NAME | AGE | RELATIONSHIP TO ME | MONTHLY TAKE-HOME INCOME & SOURCE |
|---|---|---|---|
| a. | | Spouse | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |

2. My monthly income
   a. My gross monthly pay is: ............................................................... 2a. $ 1,600.00
   b. My payroll deductions are (specify purpose and amount):
      (1) Federal and state withholding, FICA, and SDI ........... $ _____
      (2) _____ $ _____
      (3) _____ $ _____
      (4) _____ $ _____
      My TOTAL payroll deduction amount is (add (1) through (4)): ................. b. $ 0.00
   c. My monthly take-home pay is (a minus b): .................................... c. $ 1,600.00
   d. Other money I get each month from (specify source):
      ................................................................................... is: ........... d. $ _____

   e. TOTAL MONTHLY INCOME (c plus d): .................................... e. $ 1,600.00

3. I, my spouse, and my other dependents own the following property:
   a. Cash ........................................................................................... 3a. $ 0.00
   b. Checking, savings, and credit union accounts (list banks):
      (1) _____ $ _____
      (2) _____ $ _____
      (3) _____ $ _____ b. $ 0.00
   c. Cars, other vehicles, and boat equity (list make, year of each):
      (1) _____ $ _____
      (2) _____ $ _____
      (3) _____ $ _____ c. $ 0.00
   d. Real estate equity ....................................................................... d. $ _____
   e. Other personal property (jewelry, furniture, furs, stocks, bonds, etc.) (list separately):
      e. $ _____

(Continued on reverse)

Form Adopted by the Judicial Council of California
982.5(5.5), EJ-165 [New July 1, 1983]
Mandatory Form
Martin Dean's Essential Forms ™

FINANCIAL STATEMENT
(Wage Garnishment - Enforcement of Judgment)

SMITH, B

CCP 703.530 706.124

| SHORT TITLE: | YING OFFICER FILE NO.: | COURT CASE NO. |
|---|---|---|
| FIRESIDE THRIFT COMPA. vs SMITH | | WS03-2036 |

4. The monthly expenses for me, my spouse, and my other dependants

| | | |
|---|---|---|
| a. Rent or house payment and maintenance | 4a. $ | 600.00 |
| b. Food and household supplies | b. $ | 200.00 |
| c. Utilities and telephone | c. $ | 126.00 |
| d. Clothing | d. $ | 0.00 |
| e. Medical and dental payments | e. $ | 226.22 |
| f. Insurance (life, health, accident, etc.) | f. $ | 225.90 |
| g. School, child care | g. $ | 0.00 |
| h. Child, spousal support (prior marriage) | h. $ | 0.00 |
| i. Transportation & auto expenses (insurance, gas, repair) *(list car payments in item 5)* | i. $ | 430.00 |
| j. Installment payments *(insert total and itemize below in item 5)* | j. $ | 30.00 |
| k. Laundry and cleaning | k. $ | 0.00 |
| l. Entertainment | l. $ | 0.00 |
| m. Other (specify): | m. $ | 0.00 |
| **n. TOTAL MONTHLY EXPENSES** *(add a through m)* | n. $ | 1,838.12 |

5. I, my spouse, and my other dependents owe the following debts:

| CREDITOR'S NAME | FOR | MO. PAYMENTS | BALANCE OWED | OWED BY *(State person's name)* |
|---|---|---|---|---|
| CAPITAL ONE | CONSUMER DEBT | 30.00 | | |
| CAR NOTE TRUCK | CONSUMER DEBT | 430.00 | | |

6. Other facts which support this Claim of Exemption (i.e., unusual medical needs, school tuition, expenses for recent family emergencies, or other unusual expenses to help your creditor and the judge understand your budget) *(describe)*: *(If more space is needed, attach page labeled Attachment 6.)*

7. ☐ An earnings withholding order is now in effect with respect to my earnings or those of my spouse or dependents named in item 1 *(specify each person's name and monthly amount)*

8. ☐ A wage assignment for support is now in effect with respect to my earnings or those of my spouse or dependents named in item 1 *(specify each person's name and monthly amount)*

9. ☐ My spouse has signed below.
   ☒ I have no spouse
   ☐ My spouse and I are living separate and apart.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/2/04

BILLIE JOYCE SMITH
(TYPE OR PRINT NAME)

▶ *Billie Smith*
(SIGNATURE)

_____
(TYPE OR PRINT NAME OF SPOUSE)

▶ _____
(SIGNATURE OF SPOUSE)

982.5(5.5), EJ-165 (New July 1, 1983)
Martin Dean's Essential Forms ™

**FINANCIAL STATEMENT**
(Wage Garnishment - Enforcement of Judgment)

SMITH, B

Page two