Andrew W. Shalaby [SBN 206841]
7525 Leviston Ave
El Cerrito, CA 94530
tel. 510-528-8500, fax 510-528-2412

Attorney for Plaintiff Billie J. Smith

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BILLIE J. SMITH,<br><br>                            Plaintiff,<br><br>vs.<br><br>FIRESIDE THRIFT COMPANY, a.k.a. FIRESIDE BANK, and DOES 1-50,<br><br>                            Defendants. | Case No. C 07-03883 WHA<br><br>**DECLARATION OF ANDREW W. SHALABY RE: DEFENDANT'S STATEMENT OF CHRONOLOGY AND CONFIRMATION OF EVENTS WITH PLAINTIFF**<br><br>Date: September 13, 2007<br>Time: 8:00 a.m.<br>Rm. 9, 19th Floor<br>Judge: William H. Alsup |

I, Andrew W. Shalaby, declare as follows:

1. I am the attorney for Billie J. Smith.

2. I spoke with Ms. Smith September 15, 2007 in an attempt to obtain more information regarding the chronology list submitted by Fireside Bank September 14, 2007, and to obtain her declaration regarding the events. It is my opinion that at this moment Ms. Smith is bordering on the verge of legal incompetence and cannot recall the events and matters at hand. Ms. Smith underwent chemotherapy on or about September 4, 2007 for treatment of liver cancer, and lost weight, appetite, and in my view substantially lost her memory (hopefully only temporarily).

3. I was able to obtain some information from Ms. Smith. Specifically I inquired about the claim of exemption form she signed in relation to the writ of execution disclosed

**SHALABY DECL RE CHRONOLOGY**                                       **Case No.**  C 07-03883 WHA

yesterday on Fireside's chronology. Ms. Smith advised that her cousin made the arrangements and the document had been prepared and submitted by one Judy Mccomie on her behalf. Ms. Smith had no independent knowledge of the event other than that the document had been prepared and sent by Ms. Mccomie, apparently a legal aid individual of some sort found in the yellow pages.

4. It is my belief that if Ms. Smith's health and memory do not improve in the near future, it is likely a conservatorship shall be required. At this time I think it is too early to determine whether or not her mental capacity shall improve as I have been advised it takes approximately three weeks following chemotherapy for a reasonable recovery. Should the Court require a declaration from Ms. Smith regarding the events at issue, I believe it would be best to wait approximately two or three weeks so that hopefully her mental capacity would improve sufficiently to eliminate any doubt as to her competence to execute a declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and within my personal knowledge, and where opinions are specified, said opinions are within my best judgment, and if sworn as a witness I can and will testify competently thereto.

Executed September 15, 2007 in El Cerrito, CA

Andrew W. Shalaby

**SHALABY DECL RE CHRONOLOGY**  **Case No.** C 07-03883 WHA