IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLIE J. SMITH, | No. C 07-03883 WHA |
| Plaintiff, | |
| v. | **ORDER RE PLAINTIFF'S EX PARTE APPLICATION OF SCOPE OF DISMISSAL** |
| FIRESIDE THRIFT COMPANY, a.k.a. FIRESIDE BANK, and DOES 1–50, | |
| Defendants. | |

The Court has received plaintiff's ex parte request for clarification of the scope of the claims dismissed pursuant to defendants' anti-SLAPP motion. As stated in the order on that motion, the entirety of plaintiff's fifth claim for violation of California Business and Professions Code § 17200 is dismissed (Order 4:27–5:7).

**IT IS SO ORDERED.**

Dated: October 2, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE