Andrew W. Shalaby [SBN 206841]
7525 Leviston Ave
El Cerrito, CA 94530
tel. 510-528-8500, fax 510-528-2412

Attorney for Plaintiff Billie J. Smith

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BILLIE J. SMITH,<br><br>                    Plaintiff,<br><br>vs.<br><br>FIRESIDE THRIFT COMPANY, a.k.a. FIRESIDE BANK, and DOES 1-50,<br><br>                    Defendants. | Case No. C 07-03883 WHA<br><br>**PLAINTIFF'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE NOTICE OF APPEAL**<br><br>Date: October 4, 2007<br>Time: 8:00 a.m.<br>Rm. 9, 19th Floor<br>Judge: William H. Alsup |

**I. FRAP 4(a)(5) AUTHORIZES THE COURT TO GRANT AN EXTENSION OF TIME FOR THE FILING OF A NOTICE OF APPEAL BY EX PARTE APPLICATION**

Pursuant to F.R.App.P., rule 4(a)(5) the Court may extend the time for the filing of a Notice of Appeal by 30 days upon a showing of good cause. Pursuant to section (5)(b) the application may be made ex parte.

**II. PLAINTIFF MOVES TO EXTEND THE TIME TO FILE A NOTICE OF APPEAL UNTIL DETERMINATION OF THE PENDING FEE MATTER**

Following the Court's granting of Defendant Fireside Bank's special motion to strike and motion for fees by way of the order dated September 18, 2007, presently there is a hearing scheduled for determination of fees to be awarded to Fireside Bank. Plaintiff Billie J. Smith must file her Notice of Appeal by October 18, 2007, a date earlier than the date

1  anticipated for the Court's ruling on the fee matter. The fee matter has a direct nexus to the
2  September 18, 2007 order, and the entire matter should be appealed together. For this reason
3  Plaintiff respectfully requests that the time for her to file a Notice of Appeal in relation to the
4  September 18, 2007 order be extended to November 18, 2007 (statutory maximum
5  extension).
6       This application is respectfully submitted on this pleadings only (no appearance
7  requested).

8
9  Dated:  October 2, 2007
10                                           Andrew W. Shalaby, Attorney for Plaintiff

**EX PARTE APPLICATION TO EXTEND TIME TO FILE NOA**
                                          **Case No.**  C 07-03883 WHA

**2**