1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    BILLIE J. SMITH,                              No. C 07-03883 WHA

11              Plaintiff,

12       v.                                         **ORDER DENYING PLAINTIFF'S**
                                                    **EX PARTE APPLICATION FOR**
13    FIRESIDE THRIFT COMPANY, a.k.a.               **EXTENSION OF TIME TO FILE A**
      FIRESIDE BANK, and DOES 1–50,                 **NOTICE OF APPEAL**
14
15              Defendants.
                                            /
16

17          The Court has received plaintiff's ex parte application to extend time to file a notice of

18    appeal with the Ninth Circuit.  First, contrary to plaintiff, there is no hearing scheduled for the

19    determination of attorney's fees to be awarded pursuant to defendants' successful anti-SLAPP

20    motion.  Parties are to follow the procedure laid out in the order regarding attorney's fees.

21    Second, it is unclear if the anti-SLAPP motion and the amount of fees would even be appealable

22    as separate issues given that this action is still pending in the district court.  Accordingly,

23    plaintiff has not shown good cause for the extension, and the ex parte application is **DENIED**.

24

25          **IT IS SO ORDERED.**

26

27    Dated:  October 11, 2007.
                                            _____
28                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California