1  Andrew W. Shalaby [SBN 206841]
   7525 Leviston Ave
2  El Cerrito, CA 94530
   tel. 510-528-8500, fax 510-528-2412
3
   Attorney for Plaintiff Billie J. Smith
4

5

6

7                     UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
8                      SAN FRANCISCO DIVISION

9  BILLIE J. SMITH,                      Case No. C 07-03883 WHA

10
                            Plaintiff,   **PLAINTIFF'S REQUEST FOR**
11 vs.                                   **RECONSIDERATION RE ORDER**
                                         **DENYING EXTENSION OF TIME TO**
12 FIRESIDE  THRIFT  COMPANY,  a.k.a.    **FILE NOA - STATUTORY**
   FIRESIDE BANK, and DOES 1-50,         **APPEALABILITY UNDER CCP §**
13                                       **425.16(i)**

14
                            Defendants.  Date: October 12, 2007
15                                       Time: 8:00 a.m.
                                         Rm. 9, 19th Floor
16                                       Judge: William H. Alsup

17        Plaintiff respectfully informs the Court that the Court has erred in its conclusion that

18 a motion to strike under Cal. Code Civ. Proc. § 425.16 is not appealable.  Cal. Code Civ.

19 Proc. § 425.16(i) requires immediate appeal or the right is waived:

20        (i) An order granting or denying a special motion to strike shall be appealable
          under Section 904.1.
21

22 Plaintiff respectfully requests reconsideration of the Court's order dated October 11, 2007

23 denying an extension of time to file the Notice of Appeal.  Counsel further informs the Court

24 he needs to file a motion to withdraw therefore an extension to file the NOA is also necessary

25 to allow Plaintiff time to find other counsel, lest a mtn to withdraw be required at 9Ct.Appl.

26
   Dated:  October 11, 2007
27                                        _____
                                          Andrew W. Shalaby, Attorney for Plaintiff
28
   **REQUEST FOR RECONSIDERATION RE EXTENSION OF TIME TO FILE NOA**
                              **1**          **Case No.** C 07-03883 WHA