| | | |
|---|---|---|
| ~~1600 Ninth Street~~<br>~~Berkeley, CA 94709~~<br>Telephone: 510-528-8500,<br>Fax 510-528-2412<br>e-mail: shalabylaw@aol.com | **LAW OFFICES<br>OF<br>ANDREW W. SHALABY**<br>SBN 206841 | 7525 Leviston Ave<br>El Cerrito, CA 94530<br>Telephone: 510-528-8500,<br>Fax 510-528-2412<br>e-mail: shalabylaw@aol.com |

To: Clerk to Hon. Judge Alsup          Re: Smith v. Fireside Bank
                                        Case #C 07-03883 WHA

---

**STIPULATED REQUEST FOR TELECONFERENCE TO
EXTEND TIME PERIODS AND PERMIT PLAINTIFFS'
COUNSEL'S MOTION TO WITHDRAW AS COUNSEL**

October 11, 2007

Dear Clerk for Hon. Judge Alsup:

Both counsels in this action agree that it is necessary to ask Judge Alsup to permit a teleconference with the Court as soon as possible, perhaps today or tomorrow, to discuss extension of all pending deadlines so that Plaintiff's counsel can file a motion to withdraw as counsel. Can a teleconference please be scheduled as soon as possible?

Sincerely,

*/s/ Andrew W. Shalaby/*

Andrew W. Shalaby
c.c. - Mr. Mark Wraight

- 1 -

**PLEASE REPLY TO**

  x   El Cerrito Office
 ___  Berkeley Office