IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BILLIE J. SMITH,

    Plaintiff,

  v.

FIRESIDE THRIFT COMPANY, a.k.a. FIRESIDE BANK, and DOES 1–50,

    Defendants.
                                    /

No. C 07-03883 WHA

**ORDER DENYING STIPULATED REQUEST FOR TELEPHONE CONFERENCE**

      The Court has received plaintiff's ex parte request for reconsideration of the denial of an extension for time to file a notice of appeal and request for a telephone conference. As an initial matter, the Court made no statement regarding whether or not any issue could be appealed in the prior order.

      Plaintiff's counsel requests an extension of all deadlines so that he can file a motion to withdraw. Plaintiff's request is **DENIED**. Plaintiff's request for a telephone conference regarding this matter is likewise **DENIED**.

**IT IS SO ORDERED.**

Dated: October 11, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE