1  MARK D. LONERGAN (State Bar No. 143622)
   MARK I. WRAIGHT (State Bar No. 228303)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5  mdl@severson.com
   miw@severson.com
6
   Attorneys for Defendant
7  FIRESIDE THRIFT BANK

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 | BILLIE J. SMITH, an individual,        | Case No.: C 07-03883 WHA
13 |         Plaintiff,                     |
   |                                        | **STIPULATION AND ORDER FOR
14 |    vs.                                 | DISMISSAL**
15 | FIRESIDE THRIFT COMPANY, a.k.a.        |
   | FIRESIDE BANK, and DOES 1-50,          |
16 |                                        |
   |         Defendants.                    |
17

18

19    Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Billie J.

20 Smith ("Smith"), and defendant Fireside Bank, sued as Fireside Thrift Company, a.k.a. Fireside

21 Bank ("Fireside"), by and through their respective counsel of record, stipulate (subject to this

22 Court's approval), that Smith's Complaint in this action is dismissed with prejudice.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

- 1 -

It is further stipulated that the parties shall bear their own attorney's fees and costs incurred in connection with this action.

DATED: October 12, 2007

SEVERSON & WERSON
A Professional Corporation

By: /s/ Mark Wraight
    Mark Wraight

Attorneys for Defendant
FIRESIDE BANK

DATED: October 12, 2007

By: /s/ Andrew Shalaby
    Andrew W. Shalaby

Attorneys for Plaintiff
BILLIE J. SMITH

## ORDER

IT IS SO ORDERED.

DATED:

Honorable William Alsup
United States District Judge