```
1  MARK D. LONERGAN (State Bar No. 143622)
   MARK I. WRAIGHT (State Bar No. 228303)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5  mdl@severson.com
   miw@severson.com
6
   Attorneys for Defendant
7  FIRESIDE THRIFT BANK
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BILLIE J. SMITH, an individual, | Case No.: C 07-03883 WHA |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| FIRESIDE THRIFT COMPANY, a.k.a. FIRESIDE BANK, and DOES 1-50, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Billie J. Smith ("Smith"), and defendant Fireside Bank, sued as Fireside Thrift Company, a.k.a. Fireside Bank ("Fireside"), by and through their respective counsel of record, stipulate (subject to this Court's approval), that Smith's Complaint in this action is dismissed with prejudice.

///
///
///
///
///
///

It is further stipulated that the parties shall bear their own attorney's fees and costs incurred in connection with this action.

DATED: October 12, 2007

SEVERSON & WERSON
A Professional Corporation

By: /s/ Mark Wraight
Mark Wraight

Attorneys for Defendant
FIRESIDE BANK

DATED: October 12, 2007

By: /s/ Andrew Shalaby
Andrew W. Shalaby

Attorneys for Plaintiff
BILLIE J. SMITH

## ORDER

IT IS SO ORDERED.

DATED: October 22, 2007

Honorable William Alsup
United States District Judge

10363/0053/645070.1

STIPULATION AND ORDER FOR DISMISSAL
Case No. C 07-03883 WHA